**Order filed February 8, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00954-CV
_____

## IN THE INTEREST OF T.A.Q., A CHILD

---

**On Appeal from the County Court at Law No 2
Galveston County, Texas
Trial Court Cause No. 05-FD-0444**

---

## O R D E R

The notice of appeal in this case was filed December 8, 2017. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **February 23, 2018.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM